IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BENJAMIN COXON,**

   *Plaintiff*,

v.     Case No.: 4:24cv86-MW/MAF

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA,**

   *Defendant*.

_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to comply with Court Orders." The Clerk shall close the file.

**SO ORDERED on May 13, 2024.**

                                            **s/Mark E. Walker**
                                            **Chief United States District Judge**